1  Jack Russo (Cal. Bar No. 96068)
   Christopher Sargent (Cal. Bar No. 246285)
2  COMPUTERLAW GROUP LLP
   401 Florence Street
3  Palo Alto, CA 94301
   (650) 327-9800
4  (650) 618-1863 fax
   jrusso@computerlaw.com
5  csargent@computerlaw.com

6
   Attorneys for Plaintiff
7  LESA, LLC

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                           OAKLAND DIVISION
11

12  **LESA, LLC**, a Delaware Limited Liability      Case No. 4:15-cv-05574-KAW
    Company;
13                                                   **STIPULATION AND [PROPOSED] ORDER
                    Plaintiff,                       ENLARGING TIME RE: DEFENDANTS'
14                                                   MOTION TO DISMISS.**
           v.
15
    **Family Trust of Kimberly and Alfred
16  Mandel**, a California Trust;
    **2000 Jackson Family Trust**, a California
17  Trust;
    **Richard "Dick" Taylor**, an individual;
18  **James Fisher**, an individual; and
    **Christine Williams**, an individual;
19
                    Defendants.
20

Computerlaw Group LLP
www.computerlaw.com℠

**STIPULATION ENLARGING TIME RE: DEFENDANTS' MOTION TO DISMISS**

This Stipulation is entered into by Plaintiff LESA, LLC and Defendants Family Trust of Kimberley and Alfred Mandel, 2000 Jackson Family Trust, Richard "Dick" Taylor, James Fisher, and Christine Williams (collectively, "Defendants") by their respective counsel.

**RECITALS**

A. Plaintiff LESA, LLC filed its Complaint on December 4, 2015 (Dkt. 1)

B. Defendants filed their Motion to Dismiss the Complaint (the "Motion") on December 23, 2015 (Dkt. 7), set for hearing on February 4, 2016. Under Civil Local Rule 7-3, Plaintiff's deadline to file its Opposition to the Motion is January 6, 2016.

C. Counsel for Plaintiff was unavailable due to personal reasons for an extended period of time between December 24, 2015 and January 4, 2016.

**STIPULATION**

To accommodate Counsel's personal situation, the Parties hereby stipulate to modify the briefing schedule for the Motion as follows:

| | |
|---|---|
| Plaintiff's Opposition Due: | Wednesday, January 20, 2016 |
| Defendants' Reply Due: | Wednesday, January 27, 2016 |
| Hearing: | Thursday, February ~~4~~ 18, 2016 |

**IT IS SO STIPULATED.**

COMPUTERLAW GROUP LLP

Dated: January 4, 2016    By:    /s/ Jack Russo
Jack Russo
Christopher Sargent

Attorneys for Plaintiff
LESA, LLC.

ROYSE LAW FIRM, PC

Dated: January 4, 2016    By:    /s/ Thomas E. Moore III
Thomas E. Moore III
Lisa Chapman

Attorneys for Defendants
FAMILY TRUST OF KIMBERLEY AND ALFRED MANDEL, 2000 JACKSON FAMILY TRUST, RICHARD TAYLOR, JAMES FISHER, AND CHRISTINE WILLIAMS.

**ATTESTATION OF E-FILED SIGNATURE**

I, Jack Russo, am the ECF user whose ID and password are being used to file this declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Thomas E. Moore III has concurred in this filing's content and has authorized this filing.

Dated: January 4, 2016    By: _____/s/ Jack Russo_____
                                                            Jack Russo

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __01/11_____, 2016

Hon. Kandis A. Westmore
United States Magistrate Judge

**Computerlaw Group LLP**
www.computerlaw.com<sm>