1  Jack Russo (Cal. Bar No. 96068)
   Christopher Sargent (Cal. Bar No. 246285)
2  COMPUTERLAW GROUP LLP
   401 Florence Street
3  Palo Alto, CA 94301
   (650) 327-9800
4  (650) 618-1863 fax
   jrusso@computerlaw.com
5  csargent@computerlaw.com

6
   Attorneys for Plaintiff
7  LESA, LLC

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                           OAKLAND DIVISION
11

12

13  **LESA, LLC**, a Delaware Limited Liability Company;

14                                                  Case No. 4:15-cv-05574-KAW

                          Plaintiff,                **JOINT STIPULATION [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**
15

16       v.

17  **Family Trust of Kimberly and Alfred Mandel**, a California Trust;
    **2000 Jackson Family Trust**, a California Trust;
18  **Richard "Dick" Taylor**, an individual;
    **James Fisher**, an individual; and
19  **Christine Williams**, an individual;

20                        Defendants.

21

22

23

24

25

26

27

28

*Computerlaw Group LLP*
www.computerlaw.com℠

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to the Federal Rules of Civil Procedure Rule 41(a), Plaintiff LESA, LLC and Defendants 2000 Jackson Family Trust ("Jackson") and Richard "Dick" Taylor ("Taylor"), by and through their respective undersigned attorneys, hereby submit the following Stipulation for Dismissal of all claims by Plaintiff against Defendants Jackson and Taylor only. Each party shall bear its own costs and attorney's fees.

IT IS SO STIPULATED.

Respectfully submitted,
COMPUTERLAW GROUP LLP

Dated: April 1, 2016     By:   /s/Jack Russo
                               Jack Russo
                               Christopher Sargent

                               Attorneys for Plaintiff
                               LESA, LLC.


ROYSE LAW FIRM

Dated: April 1, 2016     By:   /s/Lisa Chapman
                               Lisa Chapman

                               Attorneys for Defendants
                               2000 JACKSON FAMILY TRUST and
                               RICHARD "DICK" TAYLOR.


WALL LAW FIRM

Dated: April 1, 2016     By:   /s/Joseph Wall
                               J. Joseph Wall, Jr.

                               Attorneys for Defendants
                               2000 JACKSON FAMILY TRUST and
                               RICHARD "DICK" TAYLOR.

**ATTESTATION OF E-FILED SIGNATURE**

1  I, Jack Russo, am the ECF user whose ID and password are being used to file this
2  Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Lisa Chapman and J.
3  Joseph Wall, Jr. has concurred in this filing's content and has authorized this filing.

Dated: April 1, 2016          By:     /s/Jack Russo
                                      Jack Russo

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  4/1  , 2016

Hon. Kandis A. Westmore
United States Magistrate Judge