1  Jack Russo (Cal. Bar No. 96068)
   Christopher Sargent (Cal. Bar No. 246285)
2  COMPUTERLAW GROUP LLP
   401 Florence Street
3  Palo Alto, CA 94301
   (650) 327-9800 office
4  (650) 618-1863 fax
   jrusso@computerlaw.com
5  csargent@computerlaw.com

6  Attorneys for Plaintiff
   LESA, LLC
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12  **LESA, LLC**, a Delaware limited liability company,    Case No. 4:15-cv-05574-KAW
13
                     Plaintiff;                             **STIPULATION AND [PROPOSED] ORDER
14                                                          ENLARGING TIME RE: HEARING ON
             v.                                             DEFENDANTS' MOTION TO DISMISS AND
15                                                          PARTIAL SUMMARY JUDGMENT.**
    **FAMILY TRUST OF KIMBERLY AND ALFRED
16  MANDEL**,
     **JAMES FISHER**, an individual,
17  **CHRISTINE WILLIAMS**, an individual,
    **GREGORY ROSSMANN**, an individual,
18  **ALFRED MANDEL** an individual,
    **ANDREW CHASE**, an individual,
19  and the **ANDREW CHASE 2005 REVOCABLE
    TRUST UAD 3/29/05 AS AMENDED 5/10/20**,
20
                     Defendants.
21

22

23

24

25

26

27

28

Stip. & [Prop.] Order Enlarging Time                        Case No. 4:15-cv-05574-KAW

| | |
|---|---|
| 1 | **STIPULATION ENLARGING TIME RE: DEFENDANTS' MOTION TO DISMISS** |
| 2 | This Stipulation is entered into by Plaintiff LESA, LLC and Defendants Family Trust of |
| 3 | Kimberly and Alfred Mandel, Alfred Mandel, James Fisher, Christine Williams, Gregory |
| 4 | Rossmann, Andrew Chase, and Andrew Chase 2005 Revocable Trust UAD 3/29/2005 as |
| 5 | Amended 5/10/20 (collectively, "Defendants") by their respective counsel. |
| 6 | **RECITALS** |
| 7 | A.     Plaintiff LESA, LLC filed its Complaint on December 4, 2015 (Dkt. 1). |
| 8 | B.     Defendants filed their Motion to Dismiss Second Cause of Action of Second |
| 9 | Amended Complaint for Failure to State a Claim (FRCP12(b)(6)) and Defendant Rossmann, |
| 10 | Mandel, Fisher and Williams' Motion for Partial Summary Judgment on Third Cause of Action |
| 11 | (FRCP 56) (the "Motion to Dismiss") on May 31, 2016 (Dkt. 33), set for hearing on September |
| 12 | 1, 2016. |
| 13 | C.     Plaintiff filed its Opposition to Defendants' Motion on June 14, 2016 (Dkt. 49). |
| 14 | D.     Counsel for Plaintiff will not be available on September 1, 2016 for the Hearing |
| 15 | on Defendants' Motion to Dismiss due to travel and other obligations. |
| 16 | E.     Counsel for Defendants will not be available on September 15, 2016. |
| 17 | F.     The Parties understand that the next available date for Law and Motion Hearing |
| 18 | before the Honorable Kandis Westmore is November 3, 2016. |
| 19 | **STIPULATION** |
| 20 | To accommodate Counsel's various scheduling conflicts, the Parties hereby stipulate to |
| 21 | modify the briefing schedule for the Motion as follows: |
| 22 | Hearing on Motion to Dismiss:             Thursday, November 3, 2016 |
| 23 | **IT IS SO STIPULATED.** |
| 24 | Dated: August 26, 2016                       COMPUTERLAW GROUP LLP |
| 25 | |
| 26 | By:     _/s/ Christopher Sargent_____ |
| | Jack Russo |
| 27 | Christopher Sargent |
| 28 | Attorneys for Plaintiff |
| | LESA, LLC |

**Computerlaw Group LLP**
www.computerlaw.com℠

Stip. & [Prop.] Order Enlarging Time          0          Case No. 4:15-cv-05574-KAW

| | | | |
|---|---|---|---|
| 1 | Dated: August 26, 2016 | | ROYSE LAW FIRM, PC |
| 2 | | By: | ____/s/ Thomas Moore_____ |
| 3 | | | Thomas Moore<br>Lisa M. Chapman |
| 4 | | | Attorneys for Defendants |
| 5 | | | ALFRED MANDEL, JAMES FISHER, CHRISTINE WILLIAMS, & GREGORY ROSSMANN |

Dated: August 26, 2016               WALL LAW FIRM

                                    By:    ____/s/ J. Joseph Wall, Jr._____
                                           J. Joseph Wall, Jr.

                                           Attorney for Defendants
                                           ANDREW CHASE & ANDREW CHASE 2005
                                           REVOCABLE TRUST UAD

**ATTESTATION OF E-FILED SIGNATURE**

I, Christopher Sargent, am the ECF user whose ID and password are being used to file this declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Thomas Moore and J. Joseph Wall, Jr. have concurred in this filing's content and has authorized this filing.

Dated: August 26, 2016               By:    ____/s/ Christopher Sargent_____
                                           Christopher Sargent

**[P~~ROPOSED~~] O<small>RDER</small>**

Pursuant to Parties' Stipulation, Defendants' Motion to Dismiss hearing date is moved from September 1, 2016 to November 3, 2016.

**S<small>O</small> O<small>RDERED</small>.**

Dated: _____8/25_____, 2016                    _Kandis Westmore_
                                                                        Hon. Kandis A. Westmore
                                                                        United States Magistrate Judge

**Computerlaw Group LLP**
www.computerlaw.com[sm]