1  Jack Russo (Cal. Bar No. 96068)
   Christopher Sargent (Cal. Bar No. 246285)
2  COMPUTERLAW GROUP LLP
   401 Florence Street
3  Palo Alto, CA 94301
   (650) 327-9800 office
4  (650) 618-1863 fax
   jrusso@computerlaw.com
5  csargent@computerlaw.com

6  Attorneys for Plaintiff
   LESA, LLC
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     OAKLAND DIVISION

11

12 **LESA, LLC**, a Delaware limited liability
   company,                                          Case No. 4:15-cv-05574-KAW
13
                       Plaintiff;                    **STIPULATION AND [PROPOSED] ORDER OF
14                                                   DISMISSAL WITH PREJUDICE**
           v.
15
   **FAMILY TRUST OF KIMBERLY AND ALFRED
16 MANDEL**,
   **JAMES FISHER**, an individual,
17 **CHRISTINE WILLIAMS**, an individual,
   **GREGORY ROSSMANN**, an individual,
18 **ALFRED MANDEL**, an individual,
   **ANDREW CHASE**, an individual,
19 and the **ANDREW CHASE 2005 REVOCABLE
   TRUST UAD 3/29/05 AS AMENDED 5/10/20**,
20
21                    Defendants.

22
23
24
25
26
27                         **STIPULATION**
28

1   IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and in accordance with the
4  Settlement Agreement and Mutual General Release entered into as of December 15, 2016, each
5  party to bear his/her/its own attorneys' fees, costs, and litigation expenses. The parties further
6  consent to and request that the Court retain jurisdiction over enforcement of the parties'
7  Settlement Agreement and Mutual General Release.
8   SO STIPULATED.

9  Dated: February 27, 2017                COMPUTERLAW GROUP LLP

11                                By:    */s/ Christopher Sargent*
                                         Jack Russo
12                                       Christopher Sargent

13                                       Attorneys for Plaintiff
                                         LESA, LLC

15  Dated: February 27, 2017               ROYSE LAW FIRM

17                                By:    */s/ Thomas Moore*
                                         Thomas Moore

18                                       Attorneys for Defendants
19                                       JAMES FISHER, CHRISTINE WILLIAMS, AND
                                         GREGORY ROSSMANN

21  Dated: February 27, 2017               WALL LAW FIRM

22                                By:    */s/ J. Joseph Wall, r.*
23                                       J. Joseph Wall, Jr.

24                                       Attorneys for Defendants
                                         ANDREW CHASE and ANDREW CHASE 2005
25                                       REVOCABLE TRUST UAD 3/29/05 AS
                                         AMENDED 5/10/20

**Computerlaw Group LLP**
www.computerlaw.com℠

1     **ATTESTATION**

2     Under Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the

3 filing of this document has been obtained from the signatories indicated by a conformed

4 signature (*/s/*) within this e-filed document.

   */s/Christopher Sargent*
5  Christopher Sargent

1 **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

2     IT IS HEREBY ORDERED that this matter is dismissed with prejudice as stipulated. IT
3 IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the
4 parties' Settlement Agreement and Mutual General Release.

5     PURSUANT TO STIPULATION, IT IS SO ORDERED.

6

7 Dated: 2/28/17                 *Kandis Westmore*
                                               Hon. Kandis A. Westmore
8                                                United States Magistrate Judge